IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE WILLIAMS,

      Petitioner,                            No. CIV S-04-0548 FCD EFB P

    vs.

EDWARD S. ALAMEIDA, JR.,
Warden,

      Respondent.                           ORDER

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 8, 2004, the court directed this action be stayed pending petitioner's exhaustion of available state court remedies. On February 2, 2006, petitioner notified the court that the California Supreme Court ruled on his habeas petition and requested that the stay be lifted. On February 9, 2006, respondent notified the court that he intended to move to dismiss this action on the ground that it is untimely. Petitioner filed a first amended petition on March 30, 2006. On October 31, 2007, the court lifted the stay and gave respondent 30 days to file and serve a motion to dismiss. The 30 days have passed, and respondent has not complied with that order.

////

////

1

1   Accordingly, it is ORDERED that respondent has 20 days from the date of this order
2 either to explain why he has not complied with the October 31, 2007, order, or to file a motion to
3 dismiss or otherwise respond to the petition.
4 Dated: January 10, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE